IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY D. ROBINSON

  Petitioner,

v.

WARDEN KAREN F. HOGSTEN,

  Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-174-bbc

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that the petition of Timothy D. Robinson for a writ of habeas corpus under 28 U.S.C. § 2241 is denied.

_____  _____
Peter Oppeneer, Clerk of Court     Date

5/27/11